# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00296-JPB-CMS
## USA v. Thomas et al
## Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 09/08/2021.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 11:20 A.M.          COURT REPORTER: Penny Coudriet
TIME IN COURT: 1:05                        DEPUTY CLERK: Brittney Walker
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [4]Bern Benoit Present at proceedings |
| ATTORNEY(S) PRESENT: | Tal Chaiken representing USA<br>Anthony Egbase representing Bern Benoit<br>Nathan Kitchens representing USA<br>Siji Moore representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Defendant and defense counsel waived in-person appearance and consented to appearing for this hearing via Zoom. There were no objections to PSR by the Government or Defendant. PSR was adopted by the Court to which no objection was raised. The Court presented guideline calculations and sentencing options. Defense counsel requested a downward departure and variance. Defense counsel spoke on Defendant's behalf. Defendant spoke on his behalf. The Court denied defense counsel's request. The Court advised Defendant of his right of allocution. The sentence was pronounced. The 3553 factors and appeal rights were given by the Court. See J&C and transcript for more details. |
| HEARING STATUS: | Hearing Concluded |